

AUSA Mary Katherine McClelland (312) 331-1673

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No.: 1:26-cr-00036 |
|---|---|
| v. | |
| WESLEY EARL ROWE | BETH W. JANTZ<br>Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, BROOKLYN RAGER, appearing before United States Magistrate Judge BETH W. JANTZ by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that WESLEY EARL ROWE has been charged by Indictment in the Western District of Oklahoma with the following criminal offenses: conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349; bank fraud, in violation of Title 18, United States Code, Section 1344; and aggravated identity theft, in violation of Title 18, United States Code, Section 1028A.

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

BROOKLYN RAGER
Special Agent
Social Security Administration - Office of Inspector General

SWORN TO AND AFFIRMED by telephone this 27th day of January, 2026.

BETH W. JANTZ
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. CR 26-046 D |
| WESLEY EARL ROWE and DEREK ROBERT MICHAEL ROSCOE, | ) ) ) ) | Violations: 18 U.S.C. § 1349 18 U.S.C. § 1344 18 U.S.C. § 1028A |
| Defendants. | ) | |

## INDICTMENT

The Federal Grand Jury charges:

At all times relevant to this Indictment:

1. Great Plains National Bank ("Great Plains Bank") was a financial institution with offices and branches located in the Western District of Oklahoma, the accounts of which were insured by the Federal Deposit Insurance Corporation ("FDIC").

2. Bank of Western Oklahoma was a financial institution with offices and branches located in the Western District of Oklahoma, the accounts of which were insured by the FDIC.

3. Valliance Bank was a financial institution with offices and branches located in the Western District of Oklahoma, the accounts of which were insured by the FDIC.

### COUNT 1
(Conspiracy to Commit Bank Fraud)

4. The Federal Grand Jury incorporates paragraphs 1–3 by reference.

5. From at least on or about May 1, 2024, through at least on or about July 16, 2024, within the Western District of Oklahoma,

-------------------------------- **WESLEY EARL ROWE and**
**DEREK ROBERT MICHAEL ROSCOE** ---------------------

knowingly, voluntarily, and with interdependence, combined, conspired, and agreed with others, both known and unknown to the Federal Grand Jury, to commit the offense of bank fraud, in violation of Title 18, United States Code, Section 1344.

## The Object of the Conspiracy

6. The object of the conspiracy was to enrich the conspirators by opening bank accounts with fake identification documents and false information and then depositing stolen U.S. Treasury checks into the accounts for the purpose of obtaining cash from federally insured financial institutions.

## Manner and Means of the Conspiracy

7. The object of the conspiracy was accomplished as follows:

    A. **ROWE** and **ROSCOE**'s coconspirators illegally obtained U.S. Treasury checks that belonged to unknowing victims. Members of the conspiracy sometimes created counterfeit U.S. Treasury checks that incorporated information obtained from stolen U.S. Treasury checks.

    B. Conspirators obtained fake identification documents that matched the payee names on the stolen U.S. Treasury checks (the "alias names"), and they provided the fake identification documents to **ROWE** and **ROSCOE**.

C. **ROWE, ROSCOE,** and other conspirators traveled to the Western District of Oklahoma for the purpose of opening fraudulent bank accounts under the alias names.

D. **ROWE, ROSCOE,** and other conspirators opened bank accounts at Great Plains Bank, Bank of Western Oklahoma, and Valliance Bank branches in the Western District of Oklahoma under the alias names by providing fake identification documents and by falsely presenting Social Security account numbers that did not belong to them.

E. **ROWE, ROSCOE**, and other conspirators deposited the stolen and counterfeit U.S. Treasury checks into the bank accounts opened under fraudulent pretenses for the purpose of obtaining cash from Bank of Western Oklahoma, Great Plains Bank, and Valliance Bank, federally insured financial institutions.

F. **ROWE** and **ROSCOE** obtained temporary checks for the bank accounts opened under fraudulent pretenses after account opening.

G. Conspirators then negotiated the temporary checks, which drew upon the funds in the bank accounts funded by the deposited U.S. Treasury checks.

### Acts in Furtherance of the Conspiracy

8. To effect the object of the conspiracy, **ROWE** and **ROSCOE** committed the following acts, among others:

A. On or about May 1, 2024, **ROSCOE** opened an account ending in #4891 under an alias name at a Bank of Western Oklahoma branch in Weatherford, Oklahoma, using fake identity documents and false information to impersonate J.M.

3

B.   On or about May 1, 2024, **ROSCOE** deposited a U.S. Treasury check payable to J.M. in the amount of $109,169.11 into Bank of Western Oklahoma account ending in #4891 at a Bank of Western Oklahoma branch in Weatherford, Oklahoma.

C.   On or about June 21, 2024, **ROSCOE** opened a business account ending in #7413 at a Valliance Bank branch in Oklahoma City, Oklahoma, under the name of Company 1, using fake identity documents and false information to impersonate J.W. as the purported owner of Company 1.

D.   On or about June 21, 2024, **ROWE** and Conspirator 1 opened a joint account ending in #1674 under alias names at a Great Plains Bank branch in Oklahoma City, Oklahoma, using fake identity documents and false information to impersonate S.M. and K.M.

E.   On or about June 21, 2024, **ROWE** and Conspirator 1 deposited a stolen U.S. Treasury check payable to S.M. and K.M. in the amount of $2,088,528.40 into Great Plains Bank account ending in #1674 at a Great Plains Bank branch in Oklahoma City, Oklahoma.

F.   On or about June 26, 2024, **ROSCOE** deposited a stolen U.S. Treasury check payable to Company 1 in the amount of $220,044.55 into Valliance Bank account ending in #7413 at a Valliance Bank branch in Oklahoma City, Oklahoma.

G.   On or about June 26, 2024, **ROSCOE** deposited a counterfeit U.S. Treasury check payable to J.M. in the amount of $74,531.57 into Bank of Western Oklahoma account ending in #4891 at a Bank of Western Oklahoma branch in Weatherford, Oklahoma.

H. On or about July 16, 2024, **ROSCOE** deposited a counterfeit U.S. Treasury check payable to Company 1 in the amount of $170,356.99 into Valliance Bank account ending in #7413 at a Valliance Bank branch in Oklahoma City, Oklahoma.

I. On or about July 16, 2024, **ROSCOE** deposited a counterfeit U.S. Treasury check payable to J.M. in the amount of $2,488,239.79 into Bank of Western Oklahoma account ending in #4891 at a Bank of Western Oklahoma branch in Weatherford, Oklahoma.

All in violation of Title 18, United States Code, Section 1349.

## COUNT 2
## (Bank Fraud)

9. The Federal Grand Jury incorporates paragraphs 1–3 by reference.

### The Scheme to Defraud

10. It was part of the scheme to defraud that **ROWE** committed the acts alleged in paragraphs 6–8 above, which the Federal Grand Jury incorporates by reference.

### Executions of the Scheme

11. On or about June 21, 2024, in the Western District of Oklahoma,

------------------------------------ **WESLEY EARL ROWE,** ------------------------------------

with intent to defraud, knowingly executed and attempted to execute a scheme and artifice to defraud Great Plains Bank, a financial institution that was insured by the FDIC, and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the control of Great Plains Bank, by means of materially false pretenses, representations, and promises. In particular, **ROWE** opened a joint bank account with an accomplice under

the alias names S.M. and K.M. at a Great Plains Bank branch in Oklahoma City, Oklahoma, using fake identity documents and false information to impersonate S.M. and K.M., and **ROWE** then deposited a stolen U.S. Treasury check in the amount of $2,088,528.40 at the same Great Plains Bank branch.

All in violation of Title 18, United States Code, Section 1344.

### COUNTS 3–7
### (Bank Fraud)

12. The Federal Grand Jury incorporates paragraphs 1–3 by reference.

### The Scheme to Defraud

13. It was part of the scheme to defraud that **ROSCOE** committed the acts alleged in paragraphs 6–8 above, which the Federal Grand Jury incorporates by reference.

### Executions of the Scheme

14. On or about the dates listed below, in the Western District of Oklahoma, --------------------------- **DEREK ROBERT MICHAEL ROSCOE,** ------------------------- with intent to defraud, knowingly executed and attempted to execute a scheme and artifice to defraud Bank of Western Oklahoma and Valliance Bank, financial institutions that were insured by the FDIC, and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the control of Bank of Western Oklahoma and Valliance Bank, by means of materially false pretenses, representations, and promises. In particular, **ROSCOE** opened bank accounts at a Bank of Western Oklahoma branch in Weatherford, Oklahoma, and at a Valliance Bank branch in Oklahoma City, Oklahoma, using fake

identity documents and false information and deposited the following U.S. Treasury checks that were not issued to **ROSCOE**:

| Count | Date | Bank and Location of Deposit | Check Amount |
|---|---|---|---|
| 3 | May 1, 2024 | Bank of Western Oklahoma branch in Weatherford, Oklahoma | $109,169.11 |
| 4 | June 26, 2024 | Valliance Bank branch in Oklahoma City, Oklahoma | $220,044.55 |
| 5 | June 26, 2024 | Bank of Western Oklahoma branch in Weatherford, Oklahoma | $74,531.57 |
| 6 | July 16, 2024 | Valliance Bank branch in Oklahoma City, Oklahoma | $170,356.99 |
| 7 | July 16, 2024 | Bank of Western Oklahoma branch in Weatherford, Oklahoma | $2,488,239.79 |

All in violation of Title 18, United States Code, Section 1344.

## COUNT 8
### (Aggravated Identity Theft)

15. The Federal Grand Jury incorporates paragraphs 1–3, 6–8, and 11 by reference.

16. On or about June 21, 2024, in the Western District of Oklahoma,

---------------------------------- **WESLEY EARL ROWE,** ----------------------------------

during and in relation to Conspiracy to Commit Bank Fraud and Bank Fraud, felony violations enumerated in Title 18, United States Code, Section 1028A(c)(5), knowingly transferred, possessed, and used, without lawful authority, the means of identification of

7

another person, specifically, the name and social security number of S.M., knowing that the means of identification belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A.

## COUNT 9–10
### (Aggravated Identity Theft)

17. The Federal Grand Jury incorporates paragraphs 1–3, 6–8, and 14 by reference.

18. On or about the dates listed below, in the Western District of Oklahoma, -------------------------- **DEREK ROBERT MICHAEL ROSCOE,** -------------------------- during and in relation to Conspiracy to Commit Bank Fraud and Bank Fraud, felony violations enumerated in Title 18, United States Code, Section 1028A(c)(5), knowingly transferred, possessed, and used, without lawful authority, the means of identification of another person, knowing that the means of identification belonged to another actual person:

| Count | Date | Means of Identification | Felony Offenses |
|---|---|---|---|
| 9 | May 1, 2024 | Name and social security number of J.M. | Conspiracy to Commit Bank Fraud (18 U.S.C. § 1349) and Bank Fraud (18 U.S.C. § 1344). |
| 10 | June 21, 2024 | Name and social security number of J.W. | Conspiracy to Commit Bank Fraud (18 U.S.C. § 1349) and Bank Fraud (18 U.S.C. § 1344). |

All in violation of Title 18, United States Code, Section 1028A.

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

JACKSON D. ELDRIDGE
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> V. ) <br> ) <br> ) <br> WESLEY EARL ROWE ) <br> *Defendant* | Case Number: CR-26-46-D-1 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* WESLEY EARL ROWE ,

who is accused of an offense or violation based on the following document filed with the court:

✓ SEALED Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:1349 CONSPIRACY TO COMMIT BANK FRAUD (1)
18:1344 BANK FRAUD (2)
18:1028A AGGRAVATED IDENTITIY THEFT (8)

*WARRANT ISSUED:*
9:48 am, Jan 21, 2026
*JOAN KANE, CLERK*

By: *[signature]*

**Nassil Al Adhami, Deputy Clerk**
**Oklahoma City, Oklahoma**

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |